MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
          tenesa.scaturro@akerman.com

*Attorneys for U.S. Bank National Association, as Trustee for the Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates Series 2007-BC1*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES 2007-BC1<br><br>                          Plaintiff,<br><br>vs.<br><br>WASHINGTON & SANDHILL HOMEOWNERS ASSOCIATION; AND SFR INVESTMENTS POOL 1, LLC<br><br>                          Defendants. | Case No.:  2:16-cv-01601-RFB-GWF<br><br>**NOTICE OF DISASSOCIATION** |

U.S. Bank National Association, as Trustee for the Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates Series 2007-BC1 (**U.S. Bank)** hereby provides notice Miles N. Clark, Esq., is no longer associated with the law firm of Akerman LLP. **U.S. Bank** requests Mr. Clark be removed from the CM/ECF service list.

Akerman LLP will continue to represent **U.S. Bank** and requests MELANIE D. MORGAN, ESQ. and TENESA S SCATURRO, ESQ. receive all future notices.

1

Respectfully submitted, this 7rd day of March, 2017.

**AKERMAN LLP**

*/s/ Melanie D. Morgan*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
 tenesa.scaturro@akerman.com
*Attorneys for Plaintiff U.S. Bank National Association, as Trustee for the Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates Series 2007-BC1*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: March 8, 2017

_____
UNITED STATES MAGISTRATE JUDGE

2