MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for U.S. Bank National Association, as Trustee for the Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates Series 2007-BC1*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-BC1,<br><br>        Plaintiff,<br>v.<br><br>WASHINGTON & SANDHILL HOMEOWNERS ASSOCIATION, AND SFR INVESTMENTS POOL 1, LLC,<br><br>        Defendants. | Case No.: 2:16-cv-01601-RFB-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WASHINGTON & SANDHILL HOMEOWNERS ASSOCIATION** |

///

///

///

///

///

///

///

///

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff U.S. Bank National Association, as Trustee for the Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates Series 2007-BC1 (**U.S. Bank**) and Defendant Washington & Sandhill Homeowners Association (**Washington & Sandhill**) stipulate as follows pursuant to the Court's Minute Order, ECF No. 29:

1.      This matter relates to real property located at 920 Villa Crest Court, Las Vegas, NV 89110, APN No. **140-30-612-018**, described as:

> **LOT 18 IN BLOCK 2 OF WASHINGTON & SANDHILL – UNIT 2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 88, OF PALTS, PAGE 76 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.**

(the **property**).

2.      U.S. Bank is the beneficiary of record of a deed of trust encumbering the property recorded with the Clark County Recorder on September 29, 2006, as Instrument No. 20060929-0002291.

3.      On October 1, 2013, Alessi & Koenig, LLC recorded a trustee's deed upon sale with the Clark County Recorder, as Instrument No. 201310010000140, reflecting Defendant SFR Investments Pool 1, LLC purchased the property at a foreclosure sale of the property held on September 25, 2013 (the **foreclosure deed**).

4.      U.S. Bank and Washington & Sandhill have entered into a confidential settlement agreement by which they have settled all claims between them in this case.

5.      Among other things in the settlement agreement, Washington & Sandhill agrees it no longer has an interest in the property for purposes of this action *vis a vis* the deed of trust.  This disclaimer of interest does not apply to the continuing encumbrance of Washington & Sandhill's declaration of covenants, conditions and restrictions, and any governing documents adopted thereunder, easements, servitudes, or other rights and interests in the property as governed by NRS chapter 116.  Washington & Sandhill further agrees it will take no position in this action or in any subsequent action regarding whether the deed of trust survived Washington & Sandhill's foreclosure sale.

6.      Among other things in the settlement agreement, U.S. Bank and Washington & Sandhill agree that U.S. Bank does not waive its right to seek relief against the non-settling parties,

2

including but not limited to SFR Investments Pool 1, LLC related to its remaining claims in this action. U.S. Bank does not admit the deed of trust was extinguished, and any consideration exchanged for the dismissal of the claims against Washington & Sandhill is not intended to be compensation for any loss of the deed of trust, but instead compensates U.S. Bank for fees incurred in litigating the propriety and effect of Washington & Sandhill's foreclosure sale and related conduct.

7. U.S. Bank and Washington & Sandhill further stipulate and agree that all claims in this matter asserted by U.S. Bank against Washington & Sandhill are dismissed in their entirety with prejudice, with each party to bear its own attorneys' fees and costs.

U.S. Bank and Washington & Sandhill request the Court enter an order approving this stipulation.

DATED September 10, 2019.

**AKERMAN LLP**

/s/ Jared M. Sechrist
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Plaintiff U.S. Bank National Association, as Trustee for the Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates Series 2007-BC1*

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ Dione C. Wrenn
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

*Attorneys for Defendant Washington & Sandhill Homeowners Association*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Case No.: 2:16-cv-01601-RFB-DJA

DATED ___September 11, 2019___

1116675/47294848v.2

50113633;1