MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  rex.garner@akerman.com

*Attorneys for Plaintiff U.S. Bank National Association as Trustee on behalf of Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates Series 2007-BC1*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE ON BEHALF OF SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES 2007-BC1<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON & SANDHILL HOMEOWNERS ASSOCIATION, et al.<br><br>Defendants. | Case No.:   2:16-cv-01601-RFB-DJA<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Tenesa S. Powell, Esq., is no longer associated with the law firm of Akerman LLP and requests that Ms. Powell be removed from the service list.

/ / /

/ / /

/ / /

/ / /

/ / /

1

53046376;1

Akerman LLP continues to serve as counsel for U.S. Bank National Association as Trustee on behalf of Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates Series 2007-BC1 in this action.  All future correspondence and papers in this action should continue to be directed to Akerman LLP, Melanie D. Morgan and Rex D. Garner.

DATED this 8th day of May, 2020

**AKERMAN LLP**

*/s/ Rex D. Garner*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada  89134

*Attorneys for Plaintiff U.S. Bank National Association as Trustee on behalf of Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates Series 2007-BC1*

DATED this 8th day of May, 2020

**COURT APPROVAL**

IT IS SO ORDERED.

Date: May 11, 2020

_____
UNITED STATES MAGISTRATE JUDGE
Case No.:   2:16-cv-01601-RFB-DJA

2

53046376;1